| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____   Chapter   **7** |

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual         12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case.  If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105).  Be as complete and accurate as possible.  If more space is needed, attach any additional sheets to this form.  On the top of any additional pages, write debtor's name and case number (if known).

## Part 1:   Identify the Chapter of the Bankruptcy Code Under Which Petition is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☑ Chapter 7

☐ Chapter 11

## Part 2:   Identify the Debtor

**2. Debtor's name**

**Banner Resources LLC**

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed, names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☑ Unknown

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

**5. Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| **5151 Belt Line Road Suite 360** | **c/o Mark Ralston** |
| Number    Street | Number    Street |
| | **13155 Noel Rd Suite 700** |
| | P.O. Box |
| **Dallas          TX    75254** | **Dallas          TX    75240** |
| City              State  ZIP Code | City              State  ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| | **Tom Green County and Irion County** |
| | Number    Street |
| County | |
| | City              State  ZIP Code |

**6. Debtor's website (URL)** _____

Debtor **Banner Resources LLC**      Case number (if known) _____
       Name

**7. Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☑ No
- ☐ Yes.   Debtor _____   Relationship _____
       District _____   Date filed _____   Case number, if known _____
                                     MM / DD / YYYY

## Part 3: Report About the Case

**10. Venue**

*Check one:*
- ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☑ No
- ☐ Yes.   Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **Bonsai Energy Partners, LLC** | **Loan - amount included is not the total amount and does not include interest of over $2.8 million and attorneys fees.** | **$16,351,856.43** |
| **JDL Oilfield Tools Inc.** | **Trade Creditor** | **$32,143.75** |
| **Tri-Best Inc.** | **Trade Creditor** | **$41,123.17** |

Debtor **Banner Resources LLC**     Case number (if known) _____
       Name

| | Wildcat Services LLC | Trade creditor - amount does not include interest and attorneys fees | $95,256.00 |
|---|---|---|---|
| | | Total of petitioners' claims | **$16,520,379.35** |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

### Part 4: Request for Relief

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|
| **Name and mailing address of petitioner** | |
| **Bonsai Energy Partners, LLC** | **Deirdre Carey Brown** |
| Name | Printed name |
| **835 Ivy Wall Drive** | **Forshey & Prostok LLP** |
| Number   Street | Firm name, if any |
| **Houston**    **TX**    **77079** | **1990 Post Oak Blvd Suite 2400** |
| City    State    ZIP Code | Number   Street |
| | **Houston**    **TX**    **77056** |
| | City    State    ZIP Code |
| **Name and mailing address of petitioner's representative, if any** | Contact phone **8323675722** |
| **G. Jonathan Pina** | Email **dbrown@forsheyprostok.com** |
| Name | Bar number **24049116** |
| **c/o Forshey & Prostok LLP** | State **TX** |
| Number   Street | |
| **Houston**    **TX**    **77056** | |
| City    State    ZIP Code | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **3/1/2021**                 X **/s/ Deirdre Carey Brown**
         MM / DD / YYYY                              Signature of attorney

X **/s/ G. Jonathan Pina, Authorized Representative**      Date signed **3/1/2021**
   Signature of petitioner or representative, including representative's title                          MM / DD / YYYY

Debtor **Banner Resources LLC**     Case number (if known) _____
        Name

**Name and mailing address of petitioner**

| | |
|---|---|
| **JDL Oilfield Tools Inc.** | _____ |
| Name | Printed name |
| **c/o Jason Holifield** | _____ |
| Number   Street | Firm name, if any |
| **San Angelo**    **TX**   **76904** | _____ |
| City    State   ZIP Code | Number   Street |

**Name and mailing address of petitioner's representative, if any**

| | |
|---|---|
| | _____ _____ _____ |
| | City   State   ZIP Code |
| **Jason Holifield** | Contact phone _____ |
| Name | |
| **101 Sallee Rd** | Email _____ |
| Number   Street | Bar number _____ |
| **San Angelo**    **TX**   **76904** | State _____ |
| City    State   ZIP Code | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **3/1/2021**            X _____
         MM / DD / YYYY              Signature of attorney

**X   /s/ Jason Holifield**                 Date signed _____
Signature of petitioner or representative, including representative's title       MM / DD / YYYY

**Name and mailing address of petitioner**

| | |
|---|---|
| **Tri-Best Inc.** | _____ |
| Name | Printed name |
| **c/o Charles Nichols** | _____ |
| Number   Street | Firm name, if any |
| **San Angelo**    **TX**   **76906** | _____ |
| City    State   ZIP Code | Number   Street |

**Name and mailing address of petitioner's representative, if any**

| | |
|---|---|
| | _____ _____ _____ |
| | City   State   ZIP Code |
| **Charles Nichols** | Contact phone _____ |
| Name | |
| **PO Box 61323** | Email _____ |
| Number   Street | Bar number _____ |
| **San Angelo**    **TX**   **76906** | State _____ |
| City    State   ZIP Code | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **3/1/2021**            X _____
         MM / DD / YYYY              Signature of attorney

**X   /s/ Charles Nichols**               Date signed _____
Signature of petitioner or representative, including representative's title       MM / DD / YYYY

| | | |
|---|---|---|
| Debtor | **Banner Resources LLC** | Case number (if known) _____ |
| | Name | |

**Name and mailing address of petitioner**

**Wildcat Services LLC**
Name
**c/o JD Benton**
Number    Street
**Midland**                    **TX**        **79701**
City                            State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

**Rick Taylor**
Name
**c/o French Benton PLLC**
Number    Street
**Midland**                    **TX**        **79701**
City                            State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **3/1/2021**
            MM / DD / YYYY

**X** **/s/ Rick Taylor**
    Signature of petitioner or representative, including representative's title

**JD Benton**
Printed name
**French Benton PLLC**
Firm name, if any
**415 W Wall Suite 1240**
Number    Street
 Midland                        TX        79701
City                            State    ZIP Code

Contact phone **4328888996**

Email        **jd@frenchbenton.com**

Bar number    **24097369**

State        **Tx**

**X** **/s/ JD Benton**
    Signature of attorney

Date signed **3/1/2021**
            MM / DD / YYYY